United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-2520

_____

Clifford Scott Eaton,                    *
                                         *
          Appellant,                     *
                                         *
     v.                                  *    Appeal from the United States
                                         *    District Court for the
Jan Zejdlik; John Plante; County of      *    District of North Dakota.
Grand Forks,                             *
                                         *         [UNPUBLISHED]
          Appellees.                     *

_____

Submitted:  April 6, 1998

Filed:  April 7, 1998

_____

Before  BOWMAN,  WOLLMAN,  and  MORRIS  SHEPPARD  ARNOLD,  Circuit
     Judges.

_____

PER CURIAM.

     Clifford Scott Eaton appeals from the district court's[1] adverse grant of summary
judgment in his 42 U.S.C. § 1983 action against Lieutenant John Plante and

_____

[1]The Honorable Rodney S. Webb, Chief Judge, United States District Court for
the District of North Dakota, adopting the report and recommendations of the
Honorable Karen K. Klein, United States Magistrate Judge for the District of North
Dakota.

Administrator Jan Zejdlik of the Grand Forks County Correctional Center, and the County of Grand Forks. Upon review of the record, we conclude that judgment was properly entered in favor of defendants. We reject Mr. Eaton's claim that the magistrate judge acted improperly, and conclude that neither the magistrate judge nor the district court committed an abuse of discretion by not granting several of Mr. Eaton's motions. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.